

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 6 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: 5:18mj209-1
        Plaintiff, )
        v. ) ORDER OF DETENTION PENDING
) FURTHER REVOCATION
Juan Carlos Castellanos ) PROCEEDINGS
) (FED. R. CRIM. P. 32.1(a)(6); 18
        Defendant. ) U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

|   |   |   |
|---|---|---|
| 1 |   | and/ or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and |
| 3 |   | convincing evidence that he/she is not likely to pose a danger to the |
| 4 |   | safety of any other person or the community if released under 18 U.S.C. |
| 5 |   | § 3142(b) or (c). This finding is based on the following: |
| 6 |   | (X) information in the Pretrial Services Report and Recommendation |
| 7 |   | (X) information in the violation petition and report(s) |
| 8 |   | (X) the defendant's nonobjection to detention at this time |
| 9 |   | ( ) other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 16, 2018

SHERI PYM
United States Magistrate Judge